**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DEYBI JOSE DURAN MONCADA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-2608-D |

**ORDER**

On September 22, 2026, Petitioner Deybi Jose Duran Moncada filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention with U.S. Immigration and Customs Enforcement. [Doc. No. 1]. On September 22, 2026, the Court entered an Order referring this case to Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C). [Doc. No. 5]. On October 23, 2026, Respondents filed a notice informing the Court that Petitioner was removed from the United States to Venezuela on October 21, 2026. [Doc. No. 10].

Accordingly, the Court terminates the referral to Magistrate Judge Erwin and finds that this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 28th day of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE